UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                    Plaintiff

v.                              CASE NO. 21-291

SEIDY MARLENY FLORES_RIVERA                                 Defendant

## MOTION TO ISSUE SUBPOENAS DUCES TECUM

Comes Now, Seidy Flores-Rivera, the Defendant by and through her attorney, Eugene P. Clifford files this motion seeking subpoenas for security videos of the incidents for which these criminal allegations were brought, states as follows:

1. Incidents occurred at Homeboys gas station and Arlington Park Apartments on September 28th, 2021 that led to the criminal allegations of the instant case.

2. Defense counsel has reviewed Google maps and earth and has seen video cameras at both locations that could have been recording at the time of the incidents. The Defense has the right to mount its defense within reason and procuring recordings of the alleged incidents is vital to the defense.

3. Time is of the essence. Modern surveillance usually requires some sort of storage for data. However, the issue is storing that data is limited to the space of a physical server or paid reservation of space on a cloud server. It is common for most businesses to decide on how long they can keep the recordings and usually limit that time frame to 30, 60, or 90 days. As of this day, the Court will likely have its first chance to review this motion on the 59th day from when the incident occurred.

4. Therefore, it is quite possible the recordings could be erased within the next few days.

5. Defense counsel is aware that the Court that may hear this case is in the Eastern District of Texas. (Counsel will likely file a motion to sever and transfer to this Court for this Defendant). However, the Defendant and Defense counsel are moving to acquire local counsel, but it may take a few days to do so or alternatively, move through pro hac admission and ask the Court for permission to produce these subpoenas.

6. Defendant and Defense Counsel now moves this Court to issue these subpoenas.

WHEREFORE, Defendant prays this Court issue these subpoenas and for any such relief the Court sees as just and equitable.

Respectfully submitted,

Eugene Clifford
No.2012100
1014 W. 3rd St.
Little Rock, Arkansas 72201
(501) 404-0515 / fax (888) 501-4077
Email: Epclifford@zenithlaw.net

CERTIFICATE OF SERVICE

I, Eugene Clifford, do hereby swear that I have delivered a copy of this motion to the United States Attorney.

*/s/Eugene Clifford*

NOTICE

I, Eugene Clifford, do hereby swear that I have sent notice of this motion, brief in support and proposed subpoena to the following entities.

HOMESBOYS Gas Station

ARILINGTON PARK APARTMENTS

*/s/Eugene Clifford*